IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **BETH NIKOPOULOS,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | **CIVIL ACTION NO. 3:22-cv-01680-E** |
| | § | |
| **DALLAS COLLEGE,** | § | |
| | § | |
| **Defendant.** | § | |

## JOINT MOTION TO DISMISS WITH PREJUDICE

COMES NOW Plaintiff Beth Nikopoulos and Defendant Dallas College (the "Parties"), and hereby move the Court to dismiss this action with prejudice. All matters between the Parties herein have been resolved.

WHEREFORE, the Parties move this Court to enter an Agreed Order of Dismissal with Prejudice as to all claims asserted by any of the Parties herein, with all costs to be borne by the party incurring same.

| | |
|---|---|
| **HILL GILSTRAP, P.C.** | **OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.** |
| | |
| /s/ Frank Hill | /s/ Kristin S. Higgins |
| Frank Hill | Kristin S. Higgins |
| Texas State Bar No. 09632000 | Texas Bar No. 24046880 |
| fhill@hillgilstrap.com | kristin.higgins@ogletreedeakins.com |
| 1400 W. Abram Street | Bailey N. Michell |
| Arlington, Texas 76013 | Texas Bar No. 24100790 |
| (817) 261-2222 (Phone) | bailey.michell@ogletreedeakins.com |
| (817) 861-4685 (Fax) | 8117 Preston Road, Suite 500 |
| | Dallas, TX 75225 |
| **ATTORNEYS FOR PLAINTIFF** | Telephone: (214) 987-3800 |
| | Fax: (214) 987-3927 |
| | **ATTORNEYS FOR DEFENDANT** |

## CERTIFICATE OF SERVICE

      I hereby certify that on October 5, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will transmit a Notice of Electronic Filing to counsel of record:

Frank Hill
HILL GILSTRAP, P.C.
1400 W. Abram St.
Arlington, Texas 76013
fhill@hillgilstrap.com

                                          */s/Kristin S. Higgins*
                                          Kristin S. Higgins